Printed: 05/21/10 10:24 AM

## Claims Distribution Small Checks

Trustee: **DOUGLAS J. WOLINSKY (650015)**

Case: 08-10567-REL - WILLIAMS, JAMES P.

Page: 1

| Account No. | Check No. | Issued Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | Claim No. | | | | | | Check Amount: | $5.12 |
| 92000198806766 | 110 | 05/21/10 | Payee: | United States Bankruptcy Court | | | 1.41 | 1.41 |
| | 2 | 03/31/08 | 610 | YELLOW BOOK USA<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126, TIMONIUM, MARYLAND 21094<br>TELEPHONE NUMBER:, NY 77340-88 | 153.00 | 153.00 | | |
| | 3 | 08/20/08 | 610 | PRESS REPUBLICAN<br>170 MARGARET STREET<br>PO BOX 459<br>PLATTSBURGH, NY 12901 | 402.57 | 402.57 | 3.71 | 3.71 |

(*) Denotes objection to Amount Filed