# PRIMMER PIPER
# EGGLESTON & CRAMER PC

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET  P.O. BOX 1489  BURLINGTON, VT 05402

December 22, 2010

Kim Lefebvre
Court Unit Executive
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re:   James & Cynthia Williams – Case No. 08-10567

Dear Mr. Lefebvre:

Enclosed please find check number 111 in the amount of $447.64, which represents unclaimed funds for the following creditor(s):

| Claim No. | Check No. | Amount   | Claimant address |
|-----------|-----------|----------|------------------|
| 7         | 105       | $447.64  | First Funds<br>240 West 35th Street, 16th Floor<br>New York, NY 10001 |

Thank you for your assistance in this matter

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00980-00956\Doc #45

REC'D & FILED
2010 DEC 27 PM 2: 47
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY